### W. P. BROWN & SONS LUMBER CO. v.
### Andrew CROSSLEY.
### 6 Div. 686.

Supreme Court of Alabama.
May 16, 1935.

O. E. Young, of Vernon, and S. T. Wright, of Fayette, for appellant.

Pennington & Tweedy, of Jasper, and Wilson Kelley, of Vernon, for appellee.

FOSTER, Justice.

The judgment of the lower court is affirmed on authority of W. P. Brown & Sons Lbr. Co. v. Walter Crossley (Ala. Sup.) 161 So. 536, this day decided.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.